IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-220-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIMOTHY SMITH, ) | |
| ) | |
| Defendant. ) | |

On October 29, 2018, Timothy Smith filed a motion for reconsideration [D.E. 185] of this court's order of May 19, 2018. See [D.E. 181]. The court assumes that it has jurisdiction. See United States v. May, 855 F.3d 271, 274 (4th Cir. 2017); cf. United States v. Goodwyn, 596 F.3d 233, 235–36 (4th Cir. 2010). The court has considered the request for reconsideration and the entire record. The court DENIES the motion [D.E. 185]. See [D.E. 181].

SO ORDERED. This 30 day of October 2018.

JAMES C. DEVER III
United States District Judge